OCTOBER TERM, 1927. 573

275 U.S. Cases Disposed of Without Consideration by the Court.

But the Court, after consideration of the full brief filed with the motion and the other briefs considered on the original hearing of the petition for certiorari, again denies the petition. *Messrs. Kemper K. Knapp, John R. Cochran, Frank E. Tyler* and *Joseph A. O'Donnell* for petitioners. *Messrs. Chester I. Long, Lee Bond* and *Fred B. Silsbee* for respondent. See p. 540.

---

## CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM OCTOBER 3, 1927, TO AND INCLUDING JANUARY 3, 1928.

No. 15. THOMAS M. ADAMS *v.* UNITED STATES. Appeal from the Court of Claims. October 3, 1927. Dismissed per stipulation of counsel, on motion of *Solicitor General Mitchell, Attorney General Galloway,* and *Mr. A. W. Gregg,* General Counsel, Bureau of Internal Revenue, for the United States. *Messrs. Simeon S. Willis* and *H. R. Dysart* for appellant.

---

No. 574. CURTIS FRIEDLANDER *v.* STATE OF WASHINGTON. Error to the Supreme Court of the State of Washington. October 3, 1927. Docketed and dismissed with costs on motion of *Mr. Blaine Mallan* for the defendant in error. No appearance for plaintiff in error.

---

No. 200. THE LAKEWOOD ENGINEERING COMPANY AND EDWARD G. CARR *v.* A. W. FRENCH & Co., ALFRED W. FRENCH, ET AL. On writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit. October 3, 1927. Dismissed with costs per stipulation of counsel, and mandate granted, on motion of *Mr. Frank Dennett* in that behalf, for petitioner. *Messrs. Rudolph W. Lotz* and *Arthur W. Nelson* for respondents.